UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

**MELANIE ANN ORR**,

         Plaintiff,

v.

**CAROLYN W. COLVIN, Acting Commissioner of Social Security**,

         Defendant.

Case No. 3:15-cv-01736-KI

JUDGMENT

      Merrill Schneider
      Schneider Kerr Law Offices
      P.O. Box 14490
      Portland, OR 97293

           Attorney for Plaintiff

      Billy J. Williams
      United States Attorney
      District of Oregon

Page 1 - JUDGMENT

Janice E. Hebert
Assistant United States Attorney
1000 SW Third Ave., Ste. 600
Portland, OR 97204-2902

Martha A. Boden
Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Ave., Ste. 2900 M/S 221A
Seattle, WA 98104-7075

   Attorneys for Defendant

KING, Judge:

  Based on the record, IT IS ORDERED AND ADJUDGED that the decision of the Commissioner is affirmed and this case is dismissed.

  IT IS SO ORDERED.

  DATED this   24th   day of August, 2016.


            /s/ Garr M. King
          Garr M. King
          United States District Judge